IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANGEL M. RIVERA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **05-595-JLF** |
| | ) |
| **ROGER E. WALKER, JR.,** | ) |
| **WARDEN McADORY,** | ) |
| **WARDEN SPILLER,** | ) |
| **COUNSELOR FORSTRING,** | ) |
| and **MS. GRATHER,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Default Judgment, incorrectly styled as a motion for summary judgment. **(Doc. 10)**.

Plaintiff asks the Court to enter judgment against defendant Spiller. However, there is no proof of service on Spiller, and plaintiff's motion suggests that Spiller has not been served. The Court cannot enter judgment against a defendant who has not been served.

Upon consideration and for good cause shown, plaintiff's Motion for Default Judgment, **(Doc. 10)** is **DENIED**.

**IT IS SO ORDERED.**

DATE: **August 25, 2006**.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**