IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGEL M. RIVERA,  | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 05-CV-595-WDS |
| ROGER E. WALKER, JR., WARDEN McADORY, WARDEN SPILLER, COUNSELOR FORSTING, and MED TECH MS. GRATHER, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated September 4, 2008, judgment is entered in favor of defendants, **ROGER E. WALKER, JR., WARDEN McADORY, WARDEN SPILLER, COUNSELOR FORSTING and MED TECH MS. GRATHER,** and against the plaintiff, **ANGEL M. RIVERA.**

**DATED** this 4th day of September, 2008.

**NORBERT G. JAWORSKI, CLERK**

**BY:** *s/Sandy Pannier*
Deputy Clerk

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**